# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK,<br><br>Respondent. | Case No. 1:21-cv-01554-AWI-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(ECF No. 24) |

Petitioner Lawrence Christopher Smith is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 1, 2022, Petitioner filed the instant motion for a sixty-day extension of time to file his traverse. (ECF No. 24.)

Accordingly, IT IS HEREBY ORDERED that Petitioner is GRANTED to and including November 7, 2022, to file the traverse.

IT IS SO ORDERED.

Dated:  **September 5, 2022**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE