# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK,<br><br>Respondent. | Case No. 1:21-cv-01554-JLT-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO STAY AS MOOT AND GRANTING PETITIONER EXTENSION OF TIME TO FILE TRAVERSE<br><br>(ECF No. 50) |

Petitioner Lawrence Christopher Smith is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has moved to stay the proceedings while his interlocutory appeal is pending. (ECF No. 50.) On July 26, 2023, the Ninth Circuit dismissed Petitioner's appeal for lack of jurisdiction. (ECF No. 51.)

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion to stay (ECF No. 50) is DENIED as moot; and
2. Within **THIRTY (30) days** from the date of service of this order Petitioner may file a traverse.

IT IS SO ORDERED.

Dated:  **July 27, 2023**                             /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE